UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER U. MONTENEGRO,<br>Plaintiff,<br>v.<br>CYNTHIA ROJAS, et al.,<br>Defendants. | Case No. 26-cv-09132-EKL<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP TO *MCKENZIE V. BORLA*, ET AL., 25-CV-02820-TLT** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: September 14, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California